IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ANTHONY TAYLOR, | : |
| Petitioner | : |
| v. | : Case No. 3:24-cv-119-KAP |
| LEONARD ODDO, WARDEN, | : |
| MOSHANNON VALLEY PROCESSING | : |
| CENTER, *et al.*, | : |
| Respondents | : |

Memorandum Order

After consideration of the *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241, ECF no. 8, the government's response thereto, ECF no. 14, and the petitioner's counseled reply brief, ECF no. 21, and in accordance with the developing precedent in this district concerning the application of the four-factor framework set out in German Santos v. Warden Pike County Corrections Facility, 965 F.3d 203, 211 (3d Cir. 2020), *see* most especially Nyamekye v. Oddo, No. CR 3:22-CV-240, 2023 WL 9271879, at *3 (W.D. Pa. May 4, 2023), the petition is GRANTED as follows: an Immigration Judge shall provide petitioner with an individualized bond hearing within 10 business days from the date of this Order and the respondent shall provide notice of the same to this Court.

DATE: June 2, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record